UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60251-CV-DIMITROULEAS

Jorge Luis Perez Morales,

      Petitioner,

v.

Garrett Ripa, in his capacity as ICE Miami Field Office
Director, et. al.

      Respondent.

                        /

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENT

**THIS CAUSE** is before the Court on Petitioner Jorge Luis Perez Morales ("Petitioner")'s Emergency Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") [DE 1], filed herein on January 29, 2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. No later than **February 4, 2026**, Respondents shall file a response to the Petition.[1]

2. The Clerk is directed to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] The Court puts parties on notice of its previous ruling in *Kelyn Sanchez Figueroa v. Bondi*, Case No. 25-cv-62707-WPD [DE 14], *Acosta v. Ripa, et. al.,* Case No. 25-cv-62360-WPD [DE 18] and *Taffur v. Noem, et. al*. Case No. 25-cv-62308-WPD [DE 12].

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov