UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60251-CIV-DIMITROULEAS

**Jorge Luis Perez Morales**,

Petitioner,

vs.

**Warden of Broward Transitional Center, et al**.

Respondents.

_____/

## **ORDER SETTING HEARING**

THIS CAUSE is before the Court on the Petition for Writ of Habeas Corpus [DE 1], filed January 29, 2026. The Court has considered the Petition and the Response, filed February 4, 2026, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. A hearing is **SET** for **Tuesday February 9, 2026**, at the time of 1:30 p.m. in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.[1]

2. The Clerk is directed to send this Order to the addresses below.

3. If either party seeks to file audio or visual content, they may do so conventionally.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

_____

[1]The Court puts parties on notice of its previous rulings in *Pierre v. Bondi et. al.*, Case No. 25-62475-WPD, *Acosta v. Ripa, et. al.,* Case No. 25-cv-62360-WPD [DE 18] and *Taffur v. Noem, et. al.* Case No. 25-cv-62308-WPD [DE 12] and expects parties to come prepared for the hearing in the context of these prior rulings.

Copies furnished to:
Counsel of Record
usafls-immigration@usdoj.gov
usafls-2255@usdoj.gov