UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60251-CIV-DIMITROULEAS

Jorge Luis Perez Morales,

     Petitioner,

vs.

Kristi Noem, Secretary of the Department
of Homeland Security, et al.

     Respondents.

_____/

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

THIS CAUSE is before the Court on Petitioner Jorge Luis Perez Morales ("Petitioner")'s Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and for Immediate Release or, in the Alternative, a Prompt Individualized Bond Hearing [DE 1], filed January 29, 2026. The Court has considered the Petition, the Respondents' February 4, 2026 Response [DE 11], and is otherwise fully advised in the premises. The Court held a hearing on the Petition on February 9, 2026.

Upon careful consideration of the arguments presented by both sides, the Court is persuaded by the reasoning and conclusion of the recent decision entered on February 6, 2026 by the Fifth Circuit Court of Appeals, holding that the noncitizen petitioners in removal proceedings were subject to mandatory detention under 28 U.S.C. § 1225(b)(2) because they were present in the United States without being admitted or paroled, despite having entered illegally many years ago. *See Buenrostro-Mendez v. Bondi et al.,* Case. Nos. 25-20496; 25-40701 (Feb. 6, 2026). The Court adopts the analysis of the majority opinion of that decision as if set forth herein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and for Immediate Release or, in the Alternative, a Prompt Individualized Bond Hearing [DE 1] is **DENIED**;

2. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
usafls-immigration@usdoj.gov
usafls-2255@usdoj.gov